IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

KATHERINE PEPE, PATRICIA DONADIO, JUNE VONDERCHEK, and JOSEPH SANDERS on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

4E BRANDS NORTH AMERICA, LLC,

    Defendant.

Civil Action No. 7:20-cv-06494-VB

[ + ORDER ]
STIPULATION OF DISMISSAL
WITH PREJUDICE AND
WITHOUT COSTS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/8/22

The matter in difference in the above-captioned action having been adjusted by and between the parties, it is hereby stipulated and agreed that Plaintiffs' individual claims be and hereby are dismissed with prejudice and without costs.

IT IS SO STIPULATED.

Date: April 6, 2022

    *s/ D. Greg Blankinship*
    D. Greg Blankinship
    FINKELSTEIN, BLANKINSHIP,
    FREI-PEARSON & GARBER, LLP
    445 Hamilton Avenue, Suite 605
    White Plains, New York 10601
    Tel: (914) 298-3281
    Fax: (914) 824-1561
    gblankinship@fbfglaw.com

    Matthew R. Mendelsohn
    MAZIE SLATER KATZ & FREEMAN, LLC
    103 Eisenhower Parkway
    Roseland, NJ 07068
    Tel: (973) 228-9898
    Fax: (973) 328-0303
    mrm@mazieslater.com

Yeremey Krivoshey
Phillip Fraietta
**BURSOR & FISHER, P.A.**
445 Hamilton Avenue, Suite 605
White Plains, New York 10601
Tel: (914) 298-3281
Fax: (914) 824-1561
gblankinship@fbfglaw.com

*Attorneys for Plaintiff and Putative Class*

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

/s/ Peter T. Shapiro
Peter T. Shapiro
77 Water Street, Suite 2100
New York, New York 10005
Peter.shapiro@lewisbrisbois.com

Eric Kizirian
633 W. 5th Street, Suite 4000
Los Angeles, CA 90071
Eric.kizirian@lewisbrisbois.com

*Attorneys for Defendant*

SO ORDERED:
Vincent Briccetti, USDJ
4/8/2022
The Clerk is directed to close this case.